RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Mario Vazquez-Reyes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Mario Vazquez-Reyes,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02298-MMD-EJY

**Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2)**

Petitioner Mario Vazquez-Reyes, by and through undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 41(a)(2) for the dismissal of this action without prejudice. Respondents have filed responsive briefing to Mr. Vazquez-Reyes's Amended Petition. Dismissal of this action therefore requires a court order. *See* Fed. R. Civ. P. 41(a)(2).

Petitioner Mario Vazquez-Reyes wishes to dismiss this petition because he wishes to be returned to Mexico promptly. Although he previously submitted a request for a credible fear interview with USCIS, he has withdrawn that request, and he seeks no further relief from deportation. This petition is, therefore, the only remaining barrier to his removal.

Dated September 17, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Allie Wilson*
Allie Wilson
Assistant Federal Public Defender

**IT IS SO ORDERED:**

**MIRANDA M. DU**
**CHIEF U.S. DISTRICT JUDGE**

**DATED:** September 18, 2026